IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| Marvel Snider, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Case No. 15 C 4748 |
| vs. | ) | |
| Danfoss, LLC, | ) | Judge Philip G. Reinhard |
| Defendant. | ) | |

## **ORDER**

    On July 12, 2017, Magistrate Judge Johnston entered a report and recommendation [54] that plaintiff's motion [47] for sanctions pursuant to Fed. R. Civ. P. 37(e) be denied. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's motion [47] for sanctions pursuant to Fed. R. Civ. P. 37(e) is denied. Plaintiff's motion for sanctions, to the extent it relies on the court's inherent authority is denied. Defendant is barred from using any of the emails provided to the court for *in camera* inspection in any summary judgment motion or at trial.

Date: 8/01/2017                                          ENTER:

                                                                                                                                                             United States District Court Judge

                                                                                             Electronic Notices. (LC)